## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JIMMY D. STEVENS**                                                                       **PLAINTIFF**

**v.**                          **Case No. 4:15-cv-000476-KGB**

**RICHARD PIPKIN,** *et al.*                                               **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jimmy D. Stevens's unopposed motion for voluntary dismissal (Dkt. No. 4). The Court grants Mr. Stevens's motion and dismisses without prejudice this case. This Court did not grant Mr. Stevens's request to proceed *in forma pauperis*, and this complaint was never served on defendants. Based on the circumstances presented, this Court will not assess a filing fee to Mr. Stevens.

So ordered this 12th day of September, 2016.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge